UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br>　　　　Petitioner,<br>　　v.<br>SAN JOAQUIN,<br>　　　　Respondent. | Case No. 19-00074 BLF (PR)<br>**ORDER OF TRANSER** |

Petitioner, a state prisoner at the California Men's Colony State Prison in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the lawfulness of his state conviction. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is challenging his conviction out of San Joaquin County, (Pet. at 2), which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Therefore, the preferred venue for this action is in that district and not in this one. *See id.*; Habeas L.R. 2254-3(a)(1). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

///

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: January 22, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\HC.19\00074Barton_transfer(ED)