# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>    Petitioner,<br><br>    v.<br><br>SAN JOAQUIN,<br><br>    Respondent. | No. 2:19-CV-0148-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 8, 2019, Magistrate Judge Claire issued an order construing petitioner's complaint filed in <u>Barton v. Biddick, et al.</u>, No. 2:19-CV-0465-AC, as an amended petition in this action. The complaint was then filed in this action as a first amended petition. The document, however, is presented on a civil rights complaint form. Petitioner's amended petition is dismissed with leave to file an amended petition on the court's form for habeas corpus actions.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDRED that:

1. Petitioner's amended petition (ECF No. 13) is dismissed with leave to amend;

2. Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order; and

3. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

Dated: June 20, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE