# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON, | No. 2:19-CV-0148-MCE-DMC-P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM BEDDICK, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently pending are (1) petitioner's motion to amend petition (ECF No. 27); and (2) respondent's motion to dismiss petition (ECF No. 28). In addition to this petition (Barton I), petitioner has filed a separate action seeking writ of habeas corpus based on the same underlying conviction. See Barton v. Gastelo, 2:19-cv-02322-DMC (Barton II).

To resolve these duplicative actions, respondent in Barton II moved for the Court to construe the operative petition in that case (2:19-cv-02322-DMC, ECF No. 9,) as a new amended petition in this case, and requested additional time to respond to the petition. See (2:19-cv-02322-DMC, ECF No. 15). Petitioner did not oppose respondent's motion. Additionally, in Barton I, petitioner submitted a notice regarding these duplicative cases and expressed a desire to close this case given his pending petition in Barton II. See ECF No. 37. Therefore, construing

1

petitioner's notice as a stipulation to proceed on his more recent petition, the Court in Barton II ordered that the operative petition in that case be docketed as petitioner's fourth amended petition in this case and ordered Barton II closed. See 2:19-cv-02322-DMC, ECF No. 16. For the reasons stated therein, the Court orders the following:

       1. This action shall proceed on petitioner's fourth amended petition (ECF No. 38);

       2. Respondent's motion to dismiss (ECF No. 28) is STRICKEN as it relates to a pleading that has been superseded by petitioner's fourth amended petition;

       3. Petitioner's motion for leave to amend (ECF No. 27) is DENIED as unnecessary and moot; and

       4. Respondent shall file a response to petitioner's fourth amended petition (ECF No. 38) within 30 days of the date of this order.

       IT IS SO ORDERED.

Dated: June 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE